IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–01660–EWN–OES

GLENDA K. HOLMES,

    Plaintiff,

v.

TOOLEY HALL,
SHANNON CARSON,
NEICOLE MALDON,
WENDY JOHNSON,
SAGAN FABIA,
PATTY JONES,
RACHAEL DIXON,
MS. ELRITA WAKINS,
MS. SHARICE ROBERTSON,
MS. GAIL LASSITER,
MRS. CHAR SMITH, and
KATIE RECLA,

    Defendants.

## ORDER

The court has reviewed the "Motion for reconsideration to reopen and review case #03-n-1660 (OES) For following reasons #1 being violation of Due-process" [sic] (#61) filed August 26, 2005. The court is aware of no factual or legal support for the motion in these circumstances. The motion is therefore DENIED.

SO ORDERED.

Dated this  31st  day of August, 2005.

                                            BY THE COURT:

                                            s/Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge